**2100 B (12/15**)

# United States Bankruptcy Court

Northern District of New York
Case No. 15-31360-5-mcr
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Robert Cesta
225 Edgewood Place
Minoa NY 13116

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/10/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: MTGLQ Investors, LP, Knuckles, Komosinski & Elliott, LLP, 565 Taxter Road, Suite 590, Elmsford NY 10523

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o SN Servicing Corp
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/13/18

Kim F. Lefebvre
**CLERK OF THE COURT**

United States Bankruptcy Court
Northern District of New York

In re:                                                                  Case No. 15-31360-mcr
Joseph Robert Cesta                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0206-5     User: ddavi     Page 1 of 1     Date Rcvd: Sep 11, 2018
                     Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
908456145      +MTGLQ Investors, LP,   Knuckles, Komosinski & Elliott, LLP,   565 Taxter Road, Suite 590,
               Elmsford NY 10523-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
      Alison A Bukata    on behalf of Debtor Joseph Robert Cesta alison@bukatalaw.com,
       bknotices@jbergstromlaw.com
      Mark R. Knuckles    on behalf of Creditor   MTGLQ Investors, LP mrk@kkelaw.com,  nmm@kkelaw.com
      Mark W. Swimelar-Trustee    trustee@cnytrustee.com
      Michael B. Oshins    on behalf of Creditor   AmeriCu Credit Union moshins@nastolaw.com,
       dptak@nastolaw.com
      Sara Ashley Tilzer    on behalf of Creditor   U.S. Bank Trust National Association, of the Tiki
       Series III Trust SAT@kkelaw.com,  nmm@kkelaw.com
      U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov
                                                                                                                 TOTAL: 6